# DEBTOR'S PROOF OF INCOME

 **PNC**    **Jeffrey Wettstein**

[ Print ]

PNC Bank NA                                    **Net Pay:**          $6,540.94
Two PNC Plaza                                  **Pay Begin Date:**   10/08/2011
620 Liberty Avenue                             **Pay End Date:**     10/21/2011
Pittsburgh, PA 15222                           **Check Date:**       10/21/2011
1-877-968-7762

### General

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | ARCS-Calabasas |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIGINATION MKT MGR |
| | | **Pay Rate:** | $75,000.00    Annualized |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 11,202.05 | 10,199.41 | 3,524.13 | 1,136.98 | 6,540.94 |

### Earnings

| Description | Earnings Begin Date | Earnings End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 10/08/2011 | 10/21/2011 | | | 2,884.62 |
| ER Pd Disb | 10/08/2011 | 10/21/2011 | | | 132.61 |
| Commission | 09/01/2011 | 09/30/2011 | | | 8,317.43 |
| **Total:** | | | | | **11,202.05** |

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 2,092.36 | 10,199.41 |
| Fed MED/EE | 162.19 | 11,185.48 |
| Fed OASDI/EE | 469.79 | 11,185.48 |
| CA Withholdng | 799.79 | 10,199.41 |
| **Total:** | **3,524.13** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 986.07 |
| **Total:** | **1,136.98** |

**After Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| IMP LIF* | 1.73 |
| ISP | 281.73 |
| * Taxable | |
| **Total:** | **283.46** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 136518 | Checking | 041940417 | 6,540.94 |

 **PNC**    **Jeffrey Wettstein**                    Print

PNC Bank NA                                  **Net Pay:** $2,012.28
Two PNC Plaza
620 Liberty Avenue                           **Pay Begin Date:** 09/24/2011
Pittsburgh, PA 15222                          **Pay End Date:** 10/07/2011
1-877-968-7762                               **Check Date:** 10/07/2011

### General

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | ARCS-Calabasas |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIGINATION MKT MGR |
| | | **Pay Rate:** | $75,000.00    Annualized |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,884.62 | 2,422.09 | 375.28 | 497.06 | 2,012.28 |

### Earnings

| Description | Earnings Begin Date | Earnings End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 09/24/2011 | 10/07/2011 | | | 2,884.62 |
| ER Pd Disb | 09/24/2011 | 10/07/2011 | | | 32.80 |
| **Total:** | | | | | **2,884.62** |

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 178.31 | 2,422.09 |
| Fed MED/EE | 40.14 | 2,768.24 |
| Fed OASDI/EE | 116.27 | 2,768.24 |
| CA Withholdng | 40.56 | 2,422.09 |
| **Total:** | **375.28** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 346.15 |
| **Total:** | **497.06** |

**After Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| IMP LIF* | 1.73 |
| ISP | 115.38 |
| * Taxable | |
| **Total:** | **117.11** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 4218 | Checking | 041940417 | 2,012.28 |

# Earnings Statement

 PNC

ARCS-Calab CA060        006743-006741
MAIL-XM-AR02-01-1 Calabas
*PNC Bank, National Association*
*Corporate Payroll Loc: BY-YB32-02-1*
*4100 West 150th Street*
*Cleveland OH 44135-1389*

Page 001 of 001
Period Ending:      09/23/2011
Advice Date:        09/23/2011
Advice Number:      0004112
Batch Number:       MAIL56557

| | |
|---|---|
| Department: | 8500008316 |
| Employee ID: | 322100337 |
| Marital Status: | Fed: M    State: M |
| Expts/Allow: | Fed: 05   State: 05 |
| Add'l Withholdings: | Fed: 0    State: 0 |
| Work State: | CA |

**JEFFREY WETTSTEIN**
**2898 SAILOR AVE**
**VENTURA, CA 93001**

| Earnings | hours | this period | year-to-date |
|---|---|---|---|
| Regular Pay | | 2596.16 | 31670.64 |
| Holiday | 8.00 | 288.46 | 672.46 |
| Commission-Reg Tax | | | 5797.86 |
| Commission-Reg Tax | | | 20000.00 |
| CarryoverVacationHrs | | | 8.00 |

| Other Earnings | | | |
|---|---|---|---|
| Gross Pay | | 2884.62 | 58140.96 |

| Tax Deductions | this period | year-to-date |
|---|---|---|
| Federal Income Tax | 178.31 | 5547.55 |
| Social Security | 116.26 | 2349.70 |
| Medicare | 40.14 | 811.21 |
| CA Income Tax | 40.56 | 1981.46 |

| Other Taxes | | |
|---|---|---|
| Total Taxes | 375.27 | 10689.92 |

| Additional Deductions | | | |
|---|---|---|---|
| ISP | * | 346.15 | 1525.22 |
| DENTAL | * | 18.56 | 352.64 |
| MEDICAL | * | 126.97 | 2412.43 |
| VISION | * | 5.38 | 102.22 |
| ISP New | * | | 3819.89 |

| Taxable Benefit (Imputed) Items | | |
|---|---|---|
| Emplyer Pd Disability | 32.80 | 663.27 |
| IMP LIF | 1.73 | 8.36 |

| Other Taxable Benefits | | |
|---|---|---|
| Total Taxable Benefit Items | 34.53 | 671.63 |

| Other Benefit Information | | |
|---|---|---|
| Savings Plan Company Match | 115.38 | 563.92 |
| Vacation Balance | | 68.00 |

| Other Deductions | | |
|---|---|---|
| Total Deductions | 497.06 | 8212.40 |

\* This deduction reduces taxable gross.

| Net Pay (Direct Deposit + Check) | 2012.29 |
|---|---|

| Taxable Wgs | Federal | FICA | State | Local |
|---|---|---|---|---|
| Current | 2422.09 | 2768.24 | 2422.09 | |
| YTD | 50600.19 | 55945.30 | 50600.19 | |

© 2009 Automatic Data Processing (PCSVC)

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA NOT CHANGE - ...COLOR BARS ... TOP TO LIGHT AT BOTTOM

PNC

**PNC Bank, National Association**
**Corporate Payroll Loc: BY-YB32-02-1**
**4100 West 150th Street**
**Cleveland OH 44135-1389**

Advice Number:  0004112
Advice Date:  09/23/2011

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| JEFFREY WETTSTEIN | 041940417 | 2012.29 |

THIS IS NOT A CHECK

09/24/11   03:53AM        HP LASERJET FAX                                        p.04

Pay Inquiry                                                            Page 1 of 2

 **PNC**     **Jeffrey Wettstein**                      [ Print ]

| | |
|---|---|
| PNC Bank NA | **Net Pay:**  $2,012.28 |
| Two PNC Plaza | **Pay Begin Date:**  08/27/2011 |
| 620 Liberty Avenue | **Pay End Date:**  09/09/2011 |
| Pittsburgh, PA 15222 | **Check Date:**  ~~09/09/2011~~ |
| 1-877-968-7762 | |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | ARCS-Calabasas |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIGINATION MKT MGR |
| | | **Pay Rate:** | $75,000.00     Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,884.62 | 2,422.09 | 375.28 | 497.06 | 2,012.28 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,884.62 |
| ER Pd Disb | | | 32.80 |
| | | | |
| **Total:** | | | **2,884.62** |

09/24/11    03:53AM        HP LASERJET FAX                                    p.05

Pay Inquiry                                                          Page 2 of 2

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 178.31 | 2,422.09 |
| Fed MED/EE | 40.14 | 2,768.24 |
| Fed OASDI/EE | 116.27 | 2,768.24 |
| CA Withholdng | 40.56 | 2,422.09 |
| | | |
| **Total:** | **375.28** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 346.15 |
| | |
| **Total:** | **497.06** |

**After Tax Deductions**

| Description | Amount |
|---|---|
| | |
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| IMP LIF* | 1.73 |
| ISP | 115.38 |
| | |
| * Taxable | |
| **Total:** | **117.11** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 4009 | Checking | 041940417 | 2,012.28 |

Pay Inquiry                                                                      Page 1 of 2

**PNC**    Jeffrey Wettstein                                              [Print]

PNC Bank NA                                    Net Pay:          $2,283.65
Two PNC Plaza                                  Pay Begin Date:   08/13/2011
620 Liberty Avenue                             Pay End Date:     08/26/2011
Pittsburgh, PA 15222                           Check Date:       08/30/2011
1-877-968-7762

**General**
Name:          Jeffrey Wettstein      Cost Center:    000012014472
Employee ID:   322100337              CALABASAS CA
Address:       2898 Sailor Ave        Location:       ARCS-Calabasas
               Ventura, CA 93001      Job Title:      MTG ORIGINATION MKT MGR
                                      Pay Rate:       $75,000.00    Annualized

**Tax Data**
Fed Marital Status: Married           CA Marital Status:   Married (one income)
Fed Allowances:     5                 CA Allowances:       5
Fed Addl Amount:    $0.00             CA Addl Amount:      $0.00

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,884.62 | 2,768.24 | 450.06 | 150.91 | 2,283.65 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,884.62 |
| ER Pd Disb | | | 32.80 |
| **Total:** | | | **2,884.62** |

09/24/11    03:53AM    HP LASERJET FAX    p.07

Pay Inquiry                                                                    Page 2 of 2

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 230.24 | 2,768.24 |
| Fed MED/EE | 40.14 | 2,768.24 |
| Fed OASDI/EE | 116.27 | 2,768.24 |
| CA Withholdng | 63.41 | 2,768.24 |
| | | |
| **Total:** | **450.06** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| | |
| **Total:** | **150.91** |

**After Tax Deductions**

| Description | Amount |
|---|---|
| | |
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| IMP LIF* | 1.73 |
| | |
| * Taxable | |
| **Total:** | **1.73** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3902 | Checking | 041940417 | 2,283.65 |

 **PNC**

ARCS-Calab CA060    006114-006112
MAIL-XM-AR02-01-1 Calabas
*PNC Bank, National Association*
*Corporate Payroll Loc: BY-YB32-02-1*
*4100 West 150th Street*
*Cleveland OH 44135-1389*

| | |
|---|---|
| | Page 001 of 001 |
| Period Ending: | 08/12/2011 |
| Advice Date: | 08/12/2011 |
| Advice Number: | 0003830 |
| Batch Number: | MAIL56548 |

Department:        8500008316
Employee ID:       322100337
Marital Status:    Fed: M      State: M
Expts/Allow:       Fed: 05     State: 05
Add'l Withholdings: Fed: 0     State: 0
Work State:        CA

**JEFFREY WETTSTEIN**
**2898 SAILOR AVE**
**VENTURA, CA 93001**

| Earnings | hours | this period | year-to-date |
|---|---|---|---|
| Regular Pay | | 2884.62 | 23305.24 |
| Commission-Reg Tax | | | 5797.86 |
| Commission-Reg Tax | | | 20000.00 |
| Holiday | | | 384.00 |
| CarryoverVacationHrs | | | 8.00 |

| Other Earnings | | | |
|---|---|---|---|
| Gross Pay | | 2884.62 | 49487.10 |

| Taxable Benefit (Imputed) Items | | | |
|---|---|---|---|
| Emplyer Pd Disability | | 32.80 | 564.87 |
| IMP LIF | | 3.17 | 3.17 |

| Other Taxable Benefits | | | |
|---|---|---|---|
| Total Taxable Benefit Items | | 35.97 | 568.04 |

**Other Benefit Information**
| | | |
|---|---|---|
| Savings Plan Company Match | 115.38 | 333.16 |
| Vacation Balance | | 61.33 |

| Taxable Wgs Federal | FICA | State | Local |
|---|---|---|---|
| Current | 2481.22 | 2769.68 | 2481.22 | |
| YTD | 42987.77 | 47640.58 | 42987.77 | |

| Tax Deductions | this period | year-to-date |
|---|---|---|
| Federal Income Tax | 187.18 | 4960.69 |
| Social Security | 116.32 | 2000.90 |
| Medicare | 40.16 | 690.79 |
| CA Income Tax | 44.46 | 1836.93 |

| Other Taxes | | |
|---|---|---|
| Total Taxes | 388.12 | 9489.31 |

| Additional Deductions | | | |
|---|---|---|---|
| ISP | * | 288.46 | 832.92 |
| DENTAL | * | 18.56 | 296.96 |
| MEDICAL | * | 126.97 | 2031.52 |
| VISION | * | 5.38 | 86.08 |
| ISP New | * | | 3819.89 |

| Other Deductions | | |
|---|---|---|
| Total Deductions | 439.37 | 7067.37 |

* This deduction reduces taxable gross.

| Net Pay (Direct Deposit + Check) | 2057.13 |
|---|---|

©1998, 2006, ADP, Inc. All Rights Reserved.

◄ TEAR HERE ►

© 2002 Automatic Data Processing (PC Service)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

 **PNC**

PNC Bank, National Association
Corporate Payroll Loc: BY-YB32-02-1
4100 West 150th Street
Cleveland OH 44135-1389

Advice Number:  0003830
Advice Date:  08/12/2011

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| JEFFREY WETTSTEIN | 041940417 | 2057.13 |

**THIS IS NOT A CHECK**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ●●● HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

09/24/11    03:53AM    HP LASERJET FAX    p.10

Pay Inquiry                                                          Page 1 of 2

 **PNC**    Jeffrey Wettstein                     [ Print ]

PNC Bank NA                                    Net Pay:           $2,057.97
Two PNC Plaza                                  Pay Begin Date:    07/16/2011
620 Liberty Avenue                             Pay End Date:      07/29/2011
Pittsburgh, PA 15222
1-877-968-7762                                 Check Date:        07/29/2011

| General | |
|---|---|
| **Name:** Jeffrey Wettstein | **Cost Center:** 000012014472 |
| **Employee ID:** 322100337 | CALABASAS CA |
| **Address:** 2898 Sailor Ave | **Location:** ARCS-Calabasas |
| Ventura, CA 93001 | **Job Title:** MTG ORIGINATION MKT MGR |
| | **Pay Rate:** $75,000.00    Annualized |

| Tax Data | |
|---|---|
| **Fed Marital Status:** Married | **CA Marital Status:** Married (one income) |
| **Fed Allowances:** 5 | **CA Allowances:** 5 |
| **Fed Addl Amount:** $0.00 | **CA Addl Amount:** $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,884.62 | 2,478.05 | 387.28 | 439.37 | 2,057.97 |

**Earnings**

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | | | 2,884.62 |
| Regular | 07/04/2011 | 07/04/2011 | -8.00 | 16.000000 | -128.00 |
| ER Pd Disb | | | | | 32.80 |
| Holiday | 07/04/2011 | 07/04/2011 | 8.00 | 16.000000 | 128.00 |
| **Total:** | | | | | 2,884.62 |

Pay Inquiry    Page 2 of 2

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 186.71 | 2,478.05 |
| Fed MED/EE | 40.12 | 2,766.51 |
| Fed OASDI/EE | 116.20 | 2,766.51 |
| CA Withholdng | 44.25 | 2,478.05 |
| Total: | 387.28 | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 288.46 |
| Total: | 439.37 |

**After Tax Deductions**

| Description | Amount |
|---|---|
| Total: | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| ISP | 115.38 |
| * Taxable | |
| Total: | 115.38 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3673 | Checking | 041940417 | 2,057.97 |

09/24/11   03:53AM    HP LASERJET FAX                                    p.12

Pay Inquiry                                                                  Page 1 of 2

 **PNC**    **Jeffrey Wettstein**

Print

PNC Bank NA                                    Net Pay:        $936.54
Two PNC Plaza                                  Pay Begin Date:  07/02/2011
620 Liberty Avenue                             Pay End Date:    07/15/2011
Pittsburgh, PA 15222                           Check Date:      07/15/2011
1-877-968-7762

| General | | | |
|---|---|---|---|
| Name: | Jeffrey Wettstein | Cost Center: | 000012014472 |
| Employee ID: | 322100337 | | CALABASAS CA |
| Address: | 2898 Sailor Ave | Location: | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | Job Title: | MTG ORIG LOAN OFFICER |
| | | Pay Rate: | $33,280.00    Annualized |

| Tax Data | | | |
|---|---|---|---|
| Fed Marital Status: | Married | CA Marital Status: | Married (one income) |
| Fed Allowances: | 5 | CA Allowances: | 5 |
| Fed Addl Amount: | $0.00 | CA Addl Amount: | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,280.00 | 1,014.64 | 64.55 | 278.91 | 936.54 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| Total: | 80.00 | | 1,280.00 |

09/24/11    03:53AM    HP LASERJET FAX    p.13

Pay Inquiry                                                                 Page 2 of 2

| Taxes | | |
|---|---|---|
| Description | Amount | Taxable Grs |
| Fed MED/EE | 16.56 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| Total: | 64.55 | |

| Before-Tax Deductions | |
|---|---|
| Description | Amount |
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 128.00 |
| Total: | 278.91 |

| After Tax Deductions | |
|---|---|
| Description | Amount |
| Total: | |

| Employer Paid Benefits | |
|---|---|
| Description | Amount |
| ISP | 51.20 |
| * Taxable | |
| Total: | 51.20 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 37 | Checking | 041940417 | 936.54 |

https://pshrms.pncbank.com/psc/HRms/EMPLOYEE/HRMS/c/ROLE_EMPLOYEE.PY I...    9/23/2011

Case 9:11-bk-15294-PC    Doc 1-2    Filed 11/16/11    Entered 11/16/11 15:04:07    Desc
09/24/11    03:53AM        HP LASERJET FAX    Debtor's Proof of Income    Page 16 of 25                p.14

Pay Inquiry                                                                                    Page 1 of 2

 **PNC**    **Jeffrey Wettstein**                                    [ Print ]

| | |
|---|---|
| PNC Bank NA | **Net Pay:**  $936.53 |
| Two PNC Plaza | **Pay Begin Date:**  06/18/2011 |
| 620 Liberty Avenue | **Pay End Date:**  07/01/2011 |
| Pittsburgh, PA 15222 | **Check Date:**  07/01/2011 |
| 1-877-968-7762 | |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00    Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** Married | | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** 5 | | **CA Allowances:** | 5 |
| **Fed Addl Amount:** $0.00 | | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| **Total:** | **80.00** | | **1,280.00** |

09/24/11   03:53AM   HP LASERJET FAX   p.15

Pay Inquiry                                                                 Page 2 of 2

| Taxes | | |
| --- | --- | --- |
| Description | Amount | Taxable Grs |
| Fed MED/EE | 16.57 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| | | |
| Total: | 64.56 | |

| Before-Tax Deductions | |
| --- | --- |
| Description | Amount |
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 128.00 |
| | |
| Total: | 278.91 |

| After Tax Deductions | |
| --- | --- |
| Description | Amount |
| | |
| Total: | |

| Employer Paid Benefits | |
| --- | --- |
| Description | Amount |
| ISP | 51.20 |
| | |
| * Taxable | |
| Total: | 51.20 |

| Net Pay Distribution | | | | |
| --- | --- | --- | --- | --- |
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 38 | Checking | 041940417 | 936.53 |

Pay Inquiry

Page 1 of 2

**PNC**    Jeffrey Wettstein

Print

| | |
|---|---|
| PNC Bank NA | **Net Pay:** $936.53 |
| Two PNC Plaza | **Pay Begin Date:** 06/04/2011 |
| 620 Liberty Avenue | **Pay End Date:** 06/17/2011 |
| Pittsburgh, PA 15222 | **Check Date:** 06/17/2011 |
| 1-877-968-7762 | |

**General**

| | | | |
|---|---|---|---|
| Name: | Jeffrey Wettstein | Cost Center: | 000012014472 |
| Employee ID: | 322100337 | | CALABASAS CA |
| Address: | 2898 Sailor Ave | Location: | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | Job Title: | MTG ORIG LOAN OFFICER |
| | | Pay Rate: | $33,280.00      Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | CA Marital Status: | Married (one income) |
| Fed Allowances: | 5 | CA Allowances: | 5 |
| Fed Addl Amount: | $0.00 | CA Addl Amount: | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |
| YTD | 41,157.86 | 35,999.22 | 8,584.80 | 5,630.81 | 26,942.25 |

**Earnings**

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | | | 80.00 | 16.000000 | 1,280.00 | 15,104.00 |
| Regular | 05/21/2011 | 06/03/2011 | -8.00 | 16.000000 | -128.00 | 0.00 |
| ER Pd Disb | | | | | 13.55 | 472.17 |
| Holiday | 05/21/2011 | 06/03/2011 | 8.00 | 16.000000 | 128.00 | 256.00 |
| Commission | | | | | | 5,797.86 |
| Commission | | | | | | 20,000.00 |
| Total: | | | 80.00 | | 1,280.00 | 41,157.86 |

09/24/11    03:53AM        HP LASERJET FAX                                    p.17

Pay Inquiry                                                        Page 2 of 2

**Taxes**

| Description | Amount | YTD Amount | Taxable Grs | Taxable Grs YTD |
|---|---|---|---|---|
| Fed Withholdng | | 4,586.80 | 1,014.64 | 35,999.22 |
| Fed MED/EE | 16.57 | 577.38 | 1,142.64 | 39,819.11 |
| Fed OASDI/EE | 47.99 | 1,672.40 | 1,142.64 | 39,819.11 |
| CA Withholdng | | 1,748.22 | 1,014.64 | 35,999.22 |
| **Total:** | **64.56** | **8,584.80** | | |

**Before-Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| DENTAL | 18.56 | 222.72 |
| MEDICAL | 126.97 | 1,523.64 |
| VISION | 5.38 | 64.56 |
| ISP New | 128.00 | 3,819.89 |
| **Total:** | **278.91** | **5,630.81** |

**After Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

**Employer Paid Benefits**

| Description | Amount | YTD Amount |
|---|---|---|
| * Taxable | | |
| **Total:** | | **0.00** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 37 | Checking | 041940417 | 936.53 |

**Leave Balances**

| Description | YTD Amount |
|---|---|
| Vacation | 48.00 |
| Personal | 8.00 |
| Floating | 16.00 |
| **Total YTD Amount:** | **72.00** |

Pay Inquiry                                                                    Page 1 of 2

 **Jeffrey Wettstein**                                          [Print]

PNC Bank NA                                    **Net Pay:**          $936.53
Two PNC Plaza                                  **Pay Begin Date:**   05/21/2011
620 Liberty Avenue                             **Pay End Date:**     06/03/2011
Pittsburgh, PA 15222                           **Check Date:**       06/03/2011
1-877-968-7762

| General | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00    Annualized |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

| Paycheck Summary | | | | |
|---|---|---|---|---|
| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
| **Current** | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |

| Earnings | | | |
|---|---|---|---|
| Description | Hours | Rate | Amount |
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| **Total:** | **80.00** | | **1,280.00** |

Pay Inquiry                                                                Page 2 of 2

| Taxes | | |
|---|---|---|
| Description | Amount | Taxable Grs |
| Fed MED/EE | 16.57 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| Total: | 64.56 | |

| Before-Tax Deductions | |
|---|---|
| Description | Amount |
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP New | 128.00 |
| Total: | 278.91 |

| After Tax Deductions | |
|---|---|
| Description | Amount |
| Total: | |

| Employer Paid Benefits | |
|---|---|
| Description | Amount |
| * Taxable | |
| Total: | |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 38 | Checking | 041940417 | 936.53 |

09/24/11   03:53AM      HP LASERJET FAX                                              p.24

Pay Inquiry                                                                    Page 1 of 2

## PNC                    Jeffrey Wettstein                              [Print]

PNC Bank NA                              **Net Pay:**        $936.53
Two PNC Plaza
620 Liberty Avenue                       **Pay Begin Date:** 04/23/2011
Pittsburgh, PA 15222                     **Pay End Date:**   05/06/2011
1-877-968-7762                           **Check Date:**     05/06/2011

| General | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00         Annualized |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

| Paycheck Summary | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |

| Earnings | | | |
|---|---|---|---|
| Description | Hours | Rate | Amount |
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| **Total:** | **80.00** | | **1,280.00** |

Pay Inquiry                                                        Page 2 of 2

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed MED/EE | 16.57 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| **Total:** | **64.56** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP New | 128.00 |
| **Total:** | **278.91** |

**After Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| * Taxable | |
| **Total:** | |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 38 | Checking | 041940417 | 936.53 |

09/24/11    03:53AM    HP LASERJET FAX                                      p.20

Pay Inquiry                                                           Page 1 of 2

 **PNC**    **Jeffrey Wettstein**                    ☐ Print

| | | |
|---|---|---|
| PNC Bank NA | **Net Pay:** | $936.53 |
| Two PNC Plaza | **Pay Begin Date:** | 05/07/2011 |
| 620 Liberty Avenue | **Pay End Date:** | 05/20/2011 |
| Pittsburgh, PA 15222 | | |
| 1-877-968-7762 | **Check Date:** | 05/20/2011 |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00    Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| **Total:** | **80.00** | | **1,280.00** |

09/24/11    03:53AM    HP LASERJET FAX                                    p.21

Pay Inquiry                                                          Page 2 of 2

| Taxes | | |
|---|---|---|
| Description | Amount | Taxable Grs |
| Fed MED/EE | 16.57 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| Total: | 64.56 | |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amount |
| DENTAL | 18.56 | | | | |
| MEDICAL | 126.97 | | | | |
| VISION | 5.38 | | | | |
| ISP New | 128.00 | | | * Taxable | |
| Total: | 278.91 | Total: | | Total: | |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 36 | Checking | 041940417 | 936.53 |